[Civ. No. 472.    Second Appellate District.—July 9, 1908.]

S. A. GOLDTREE, Respondent, v. CITY OF SAN DIEGO et al., Appellants.

MECHANICS' LIENS—EMPLOYMENT OF LIEN CLAIMANTS BY SUBCONTRACTOR—IMPROPER JUDGMENT AGAINST CONTRACTORS—MODIFICATION UPON APPEAL.—Lien claimants employed by a subcontractor are not entitled to a personal judgment against the contractors; and a judgment in their favor, including such personal judgment, will be modified upon appeal by striking out the same.

APPEAL from a judgment of the Superior Court of San Diego County.    N. H. Conklin, Judge.

This is an appeal by the City of San Diego from the judgment, and was numbered 472.   In this appeal, and in appeal No. 445, taken in the same case, an opinion was rendered on January 10, 1908, covering both appeals.   Subsequently a rehearing was granted by the district court of appeals in both appeals.   The opinion on the rehearing of this appeal, which is reported below adopts the opinion rendered on January 10, 1908.   That opinion is set forth *in extenso* in the opinion rendered on rehearing in appeal No. 445, *ante,* p. 505.   The further facts are stated in the opinion of the court.

W. R. Andrews, for City of San Diego, Appellant.

S. F. Smith, and Collier, Smith & Hoff, for Respondent.

ON REHEARING.

TAGGART, J.—The reasons for the decision rendered by this court on January 10, 1908, in this appeal and appeal No. 445 are approved and adopted, but our attention not having been particularly called to the form of the judgment on the former presentation of this appeal, we then overlooked the fact that a personal judgment had been improperly rendered against the defendants Howard and Long.

This matter is not here presented at this time by the appellant city of San Diego, but being presented and considered in civil appeal No. 445, the decision in which is this day filed, and an order to this effect being this day entered in that case.

It is hereby ordered that the said judgment be modified by striking out the names "P. A. Howard, John T. Long" following the words "do have and recover of and from the defendants," in paragraph 2 thereof, and that the judgment as so modified be affirmed.

Allen, P. J., and Shaw, J., concurred.